# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL REAGAN,

                    Plaintiff,

    v.

OFFICER E. RAMIREZ, et al.,

                  Defendants.

_____/

CASE NO. 1:07-cv-00502-AWI-SMS PC

ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE, AND REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY DAYS

(Doc. 1)

Plaintiff Michael Reagan ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 30, 2007, but failed to sign his complaint.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 7-131; Fed. R. Civ. P. 11(a).

Because plaintiff's complaint is unsigned, it is HEREBY ORDERED STRICKEN from the record, and plaintiff is required to file a signed complaint within **thirty (30) days** from the date of service of this order.  The failure to obey this order will results in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **April 4, 2007**            _____
i0d3h8                           **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE